282

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiff was sustained.

**No. 62750.**—Beer Stern Import Corp. et al. *v.* United States, protests 58/5418, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiffs was sustained.

**No. 62751.**—Martin M. Jordan Corp. *v.* United States, protests 295930–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of harness hardware for use with harness for dogs the same in all material respects as that involved in *International Expediters, Inc., et al.* v. *United States* (38 Cust. Ct. 230, C.D. 1868), the claim of the plaintiff was sustained.

**No. 62752.**—Men's Hats, Inc. *v.* United States, protests 214353–K, etc. (Baltimore).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of straw hats similar in all material respects to those the subject of *Pollak Industrial Corp. et al.* v. *United States* (40 Cust. Ct. 251, C.D. 1991), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 13, 1959

**No. 62753.**—Rosenthal Block China Corp. *v.* United States, protest 295636–K (New York).